**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

**FILED
CLERK**

6/23/2021 1:14 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

Michelle Neumann,

                Plaintiff(s),

        v.

Computer Credit, Inc

                Defendant(s).

Case No: 2:21-cv-02705-GRB-SIL

**NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff(s) Michelle Neumann and or her counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant(s) Computer Credit, Inc.

DATED: June 22, 2021

**BARSHAY, RIZZO & LOPEZ, PLLC**

By: _s/ David M. Barshay_
David M. Barshay, Esquire
445 Broadhollow Road | Suite CL18
Melville, New York 11747
Tel: (631) 210-7272
Fax: (516) 706-5055
Our File No.: BRL21191
_Attorneys for Plaintiff_

Dated: 6/23/2021
So Ordered.  The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.